**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7530**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY MCCORMICK,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. Malcolm J. Howard, District Judge. (CR-94-39-HO)

_____

Submitted: January 17, 2002        Decided: January 29, 2002

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Barry McCormick, Appellant Pro Se. John Stuart Bruce, United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry McCormick appeals from the district court's order deny-ing McCormick's motion for modification of his criminal sentence imposed on his guilty plea to conspiracy related to distribution of crack cocaine. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McCormick, No. CR-94-39-HO (E.D.N.C. Filed Aug. 20, 2001; Entered Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED